# IN THE UNITED STATES DISTRCT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

**YOHANDRY JOSE BENITEZ CRESPO**

**v.**

**J.L. JAMISON,** *et al.*
    Respondents.

Case No.: 2:26-cv-00093-JLS

## ORDER

**AND NOW**, this 8th day of January, 2026, **IT IS HEREBY ORDERED** that Respondents shall file any opposition to the request for the petition for a writ of habeas corpus on or before **January 15, 2026, at 5:00 PM**.

        **BY THE COURT:**

        */s/ Jeffrey L. Schmehl*
        **JEFFREY L. SCHMEHL**
        United States District Court Judge